United States District Court
Southern District of Texas

**ENTERED**

November 21, 2023

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff/Respondent, | § | CRIMINAL CASE NO. 4:19-CR-918 |
| | § | CIVIL CASE NO. 4:23-CV-1439 |
| v. | § | |
| | § | CRIMINAL CASE NO. 4:21-CR-477 |
| JULIUS JOACHIM OHUMOLE, | § | CIVIL CASE NO. 4:23-CV-1440 |
| Defendant/Movant. | § | |

## ORDER

On April 17, 2023, the Clerk received Defendant/Movant Julius Joachim Ohumole's *pro se* motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 and memorandum in support, which he filed in both of his cases. (4:19-CR-918, Dkt. Nos. 61, 62; 4:21-CR-477, Dkt. Nos. 33, 34). The Court has reviewed the motion and concludes that summary dismissal pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts ("2255 Rules") is inappropriate.

Accordingly, it is **ORDERED** that the United States answer the Section 2255 motion not later than 60 days after the entry of this Order. It is further **ORDERED** that the United States file with the Clerk, at or before the time of its answer, transcripts of all pertinent proceedings that are not already part of the record. Relevant affidavits, if any, are also to be filed with the answer. Pursuant to Rule 5(d) of the 2255 Rules, Movant may file a reply not later than 30 days after service of the Government's answer.

It is SO ORDERED.

Signed on November 21, 2023.

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**